THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The
State,        Respondent,
 
 
 

v.

 
 
 
Carl Stanley
Aiken,        Appellant.
 
 
 

Appeal From Anderson County
J. C. Nicholson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-122
Submitted December 23, 2003- Filed February 25, 2004

AFFIRMED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, 
 of S.C. Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Senior Assistant Attorney General, all of Columbia; and Solicitor Druanne D. 
 White, of Anderson, for Respondent.
 
 
 

PER CURIAM: Carl Stanley Aiken appeals from 
 his conviction and sentence for breach of trust with fraudulent intent.  In 
 a sealed sentence, the trial court sentenced Aiken to a term of ten years imprisonment. 
 Aiken contends the trial court lacked subject matter jurisdiction to entertain 
 the case because the grand jury did not true bill the indictment.  Aiken is 
 mistaken.  The endorsement True Bill is stamped on the indictment, the original 
 of which is on file in the office of the Clerk of Court for the South Carolina 
 Court of Appeals.  The trial court, therefore, had subject matter jurisdiction 
 of the offense.  S.C. Const. art. 1, § 11 (Supp. 2003) (No person may be held 
 to answer for any crime the jurisdiction over which is not within the magistrate's 
 court, unless on a presentment or indictment of a grand jury of the county where 
 the crime has been committed.); see also Anderson v. State, 338 
 S.C. 629, 632, 527 S.E.2d 398, 399-400 (Ct. App. 2000) (holding that the law 
 requires a presentment of a grand jury as a condition precedent to the trial 
 of a crime, excepting certain minor offenses). 
AFFIRMED. 
 [1] 
GOOLSBY and HOWARD, JJ., and CURETON, A. J., 
 concur. 

 
 
 [1]   We decide this case without oral argument pursuant to Rule 
 215, SCACR.